**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,        )<br>                                  )<br>           Plaintiff,              )    No. 06-0198M-1<br>                                  )<br>vs.                               )<br>                                  )    **ORDER**<br>Billy Joe Larch,                  )<br>                                  )<br>           Defendant.             )<br>_____   ) | |

    Pending before the Court is Defendant's Motion to Set Status Hearing Regarding Preliminary and Detention Hearings. Upon good cause shown, and the government having no objection,

    **IT IS HEREBY ORDERED** granting Defendant's Motion to Set Status Hearing. A status hearing is scheduled regarding preliminary and detention hearings for May 23, 2006, at 9:45 a.m. before Magistrate Judge Lawrence O. Anderson, courtroom 302.

    DATED this 19th day of May, 2006.

_____
David K. Duncan
United States Magistrate Judge